# United States Bankruptcy Court
### Middle District of Florida

In re  **G-Gang, Inc.**                                                                                               Case No.
                                                           Debtor(s)                                                    Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **G-Gang, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 14, 2014** | **/s/ Robert J. Mara** |
| Date | **Robert J. Mara 0073889** |
| | Signature of Attorney or Litigant |
| | Counsel for   **G-Gang, Inc.** |
| | **Mara & Mara, P.A.** |
| | **555 West Granada Blvd.** |
| | **Suite B5** |
| | **Ormond Beach, FL 32174** |
| | **386-672-8081 Fax:386-265-5995** |
| | **rjmara@mara-maralaw.com** |